EXHIBIT A: Unclaimed Creditor/Debtor Refunds on Closed Cases
Office of Glenn Stearns, Chapter 13 Standing Trustee

| Count | Case No. | Debtor | Claimant | Amount | Explanation |
|---|---|---|---|---|---|
| 01) | 05-02074 | Denikonjic, Zoran Denikonjic, Snezana | Malibu Bay Community Assoc % Rex C Denkman 682 W Boughton Rd #C Bolingbrook IL 60440 | $12.39 | Check #1366439 & 6259444 not presented within 60 days under $25.00. |
| 02) | 05-36603 | Tierney, David J | David J Tierney 26 Hunter Montgomery IL 60538 | $2.19 | Check #6259492 not presented within 60 days under $25.00. |
| 03) | 05-30037 | Tingue, Kennizan Tingue, Charmaine | Cliffinancial PO Box 76923 Charlotte NC 28272-0923 | $269.94 | Check #1370253 & 1373592 creditor returned funds unable to identify. |
| 04) | 05-22565 | Weber, Matthew Weber, Terri | CT Corporation System 208 S LaSalle St Chicago IL 60604 | $4,850.00 | Check #1370362 & 1373718 returned unable to locate creditor. |
| 05) | 05-22565 | Weber, Matthew Weber, Terri | CT Corporation System 208 S LaSalle St Chicago IL 60604 | $3,848.00 | Check #1370362 & 1373718 returned unable to locate creditor. |
| 06) | 05-22565 | Weber, Matthew Weber, Terri | CT Corporation System 208 S LaSalle St Chicago IL 60604 | $156.00 | Check #1370362 & 1373718 returned unable to locate creditor. |
| 07) | 05-22565 | Weber, Matthew Weber, Terri | CT Corporation System 208 S LaSalle St Chicago IL 60604 | $241.00 | Check #1370362 & 1373718 returned unable to locate creditor. |
| 08) | 05-18941 | Sloan, John F Sloan, Deanna L | Victory Memorial Hospital PO Box 633 Bedford Park IL 60499 | $2,184.93 | Check #1376701 returned unable to locate creditor. |
| 09) | 05-08367 | Page, Anna M | Anna Page % Mayflower Motel 907 Ogden Ave Clarendon Hills IL 60514 | $320.00 | Check #6258615 & 6258649 returned unable to locate debtor. |
| 10) | 04-42819 | Mance, Donny R | Donny R Mance 1123 Pleasant Terrace Aurora IL 60505 | $2.22 | Check #6259503 not presented within 60 days under $25.00. |
| 11) | 04-31178 | Rathje, David | Citicares/BP Amoco Recovery Payments 4300 Weston Parkway West Des Moines IA 50266 | $194.06 | Check #1368756 & 6259439 returned unable to locate creditor. |
| 12) | 04-31009 | Olson, Steffan Olson, Heidi | William & Fudge 775 Addison Ave Rock Hill SC 29731 | $0.01 | Check #6259233 not presented within 60 days under $25.00. |
| 13) | 04-31009 | Olson, Steffan Olson, Heidi | Leonard Olson 1799 Knox Rd #700E Galesburg IL 61401 | $0.02 | Check #6259226 not presented within 60 days under $25.00. |
| 14) | 03-49151 | Krueger, Kathleen | Kathleen Krueger 56 Swan Lane Beecher IL 60401 | $1.11 | Check #6258875 not presented within 60 days under $25.00. |

EXHIBIT A: Unclaimed Creditor/Debtor Refunds on Closed Cases
Office of Glenn Stearns, Chapter 13 Standing Trustee

| Count | Case No. | Debtor | Claimant | Amount | Explanation |
|---|---|---|---|---|---|
| 15) | 03-47221 | Juarez, Manuel<br>Juarez, Graciela | Manuel & Graciela Juarez<br>505 Heninen St<br>Joliet IL 60432 | $1.97 | Check #6258399 not presented within 60 days under $25.00. |
| 16) | 03-42037 | Inskip, Gail P | Gail P Inskip<br>2202 Aldrich Dr<br>Plainfield IL 60544 | $4.74 | Check #6259336 not presented within 60 days under $25.00. |
| 17) | 03-36979 | Reynolds, Ronald<br>Reynolds, Donna | Ronald & Donna Reynolds<br>1325 W Main St<br>Ottawa IL 61350 | $0.81 | Check #6259819 not presented within 60 days under $25.00. |
| 18) | 03-32437 | St Philips, Darwin<br>St Philips, Sherry | Darwin & Sherry St Philips<br>82 Cambridge Ln<br>Glendale Heights IL 60139 | $454.15 | Check #6258985 & 6259842 not presented within 60 days. |
| 19) | 03-29496 | Santiago, Manuela | Manuela Santiago<br>110 Warwick St<br>Park Forest IL 60466 | $0.99 | Check #6258874 not presented within 60 days under $25.00. |
| 20) | 03-26310 | Wiggins, Maxine | Oak Pathologists<br>18141 Dixie Way #107<br>Homewood IL 60430 | $3.13 | Check #6257591 & 6259126 not presented within 60 days under $25.00. |
| 21) | 03-24602 | Meyer, John Richard | Gottlieb Memorial Hospital<br>% Feingold & Levy<br>10 S LaSalle #900<br>Chicago IL 60603 | $5.60 | Check #6258517 & 6259861 not presented within 60 days under $25.00. |
| 22) | 03-08403 | Lucena, Erasto S | Fleet Credit Card<br>PO Box 1016<br>Horsham PA 19044 | $289.21 | Check #1372183 & 1377398 returned unable to locate creditor. |
| 23) | 02-47276 | Wolff, Vincent | GE Money Bank<br>PO Box 960061<br>Orlando FL 32896-0861 | $779.71 | Check #1370572 & 1372209 creditor unable to identify account. |
| 24) | 02-42995 | Lewis, Peter S | Peter S Lewis<br>3610 Melissa Ct<br>Joliet IL 60431 | $17.86 | Check #6258453 & 6259837 not presented within 60 days under $25.00. |
| 25) | 02-38496 | Plymouth, Monique R | Monique R Plymouth<br>2515 Durango Ln #108<br>Naperville IL 60564 | $0.68 | Check #6258540 not presented within 60 days under $25.00. |
| 26) | 02-36008 | Ohrich, Joseph | Leila C Younger DDS<br>% Weisz & Michling<br>2030 N Seminary Ave Rt 47<br>Woodstock IL 60098 | $16.96 | Check #6258259 not presented within 60 days under $25.00. |
| 27) | 02-34470 | Lofton, Cathy A | Charter One Bank<br>1215 Superior Ave<br>Cleveland OH 44114 | $48.59 | Check #1371827 & 1370214 not presented within 60 days. |
| 28) | 02-33734 | Sith, Peter<br>Sith, Anna | Peter & Anna Sith<br>59 N Lake<br>Fox Lake IL 60020 | $3.06 | Check #6259533 not presented within 60 days under $25.00. |
| 29) | 02-31351 | Wheatley, William<br>Wheatley, Bonita | HSBC<br>130½ E Tower Rd<br>Schaumburg IL 60173 | $228.48 | Check #6261014 creditor unable to identify account |

EXHIBIT A: Unclaimed Creditor/Debtor Refunds on Closed Cases
Office of Glenn Stearns, Chapter 13 Standing Trustee

| Count | Case No. | Debtor | Claimant | Amount | Explanation |
|---|---|---|---|---|---|
| 30) | 02-17328 | Whitley, Lavan B | Sir Finance
6140 N Lincoln Ave
Chicago IL 60659 | $1.37 | Check #1374973 not presented within 60 days under $25.00. |
| 31) | 02-15755 | Williamson, Lisa A | Lisa A Williamson
34830 Cemetery Rd
Gurnee IL 60031 | $0.04 | Check #625935:00 not presented within 60 days under $25.00. |
| | | | | $13,919.22 | |

3/16/2007