# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

### Trustee's Report of Deposit of Unclaimed Property

Now comes Glenn B. Stearns, Chapter 13 Standing Trustee, pursuant to 11 U.S.C. §347 and Rule 3001 of the Federal Rules of Bankruptcy Procedure, and provides the following report of Trustee's deposit of unclaimed property with the Clerk of the Bankruptcy Court:

1. The Standing Trustee has been duly appointed, qualified and continues to serve in the cases listed on the attached Exhibit A.

2. In the furtherance of his duties, the Standing Trustee has mailed checks payable on funds received as payments under a Chapter 13 plan to the parties referenced on Exhibit A.

3. Reasonable attempts have been made to locate those parties referenced on Exhibit A without success.

4. By reason of the foregoing, the Standing Trustee has deposited these unclaimed funds by payment of same to the Clerk of the Bankruptcy Court, check number #6261108 pursuant to §347 of the Bankruptcy Code.

Respectfully Submitted;

Glenn Stearns, Chapter 13 Trustee

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
MAR 29 2007
KENNETH S. GARDNER, CLERK
PS REP. - RD

3/16/07

EXHIBIT A: Unclaimed Creditor/Debtor Refunds on Closed Cases
Office of Glenn Stearns, Chapter 13 Standing Trustee

| Count | Case No. | Debtor | Claimant | Amount | Explanation |
|---|---|---|---|---|---|
| 01) | 06-02074 | Denkomjic, Zoran Denkonjic, Snezana | Malibu Bay Community Assoc % Rex C Denkman 682 W Boughton Rd #C Bolingbrook IL 60440 | $12.39 | Check #1366439 & 6259444 not presented within 60 days under $25.00. |
| 02) | 05-36633 | Tierney, David J | David J Tierney 26 Hunter Montgomery IL 60538 | $2.19 | Check #6259492 not presented within 60 days under $25.00. |
| 03) | 05-30037 | Tingue, Kerrizan Tingue, Charmaine | Citifinancial PO Box 70923 Charlotte NC 28272-0923 | $269.94 | Check #1370253 & 1373592 creditor returned funds unable to identify |
| 04) | 05-22565 | Weber, Matthew Weber, Terri | CT Corporation System 208 S LaSalle St Chicago IL 60604 | $4,859.00 | Check #1370362 & 1373719 returned unable to locate creditor. |
| 05) | 05-22565 | Weber, Matthew Weber, Terri | CT Corporation System 208 S LaSalle St Chicago IL 60604 | $3,848.00 | Check #1370362 & 1373718 returned unable to locate creditor. |
| 06) | 05-22565 | Weber, Matthew Weber, Terri | CT Corporation System 208 S LaSalle St Chicago IL 60604 | $156.00 | Check #1370362 & 1373718 returned unable to locate creditor. |
| 07) | 05-22565 | Weber, Matthew Weber, Terri | CT Corporation System 208 S LaSalle St Chicago IL 60604 | $241.00 | Check #1370362 & 1373718 returned unable to locate creditor. |
| 08) | 05-18941 | Sloan, John F Sloan, Dearnie L | Victory Memorial Hospital PO Box 933 Bedford Park IL 60499 | $2,164.93 | Check #1376701 returned unable to locate creditor. |
| 09) | 05-08367 | Page, Anna M | Anna Page % Mayflower Motel 907 Ogden Ave Clarendon Hills IL 60514 | $320.00 | Check #6258615 & 6258649 returned unable to locate debtor. |
| 10) | 04-42819 | Maroe, Donny R | Donny R Maroe 1123 Pleasant Terrace Aurora IL 60505 | $2.22 | Check #6259503 not presented within 60 days under $25.00. |
| 11) | 04-31176 | Rathje, David | Citicards/BP Amoco Recovery Payments 4300 Weston Parkway West Des Moines IA 50266 | $194.08 | Check #1368756 & 6259438 returned unable to locate creditor. |
| 12) | 04-31009 | Olson, Steffan Olson, Heidi | William & Fudge 775 Addison Ave Rock Hill SC 29731 | $0.01 | Check #6259233 not presented within 60 days under $25.00. |
| 13) | 04-31009 | Olson, Steffan Olson, Heidi | Leonard Olson 1798 Knox Rd #700E Galesburg IL 61401 | $0.02 | Check #6259228 not presented within 60 days under $25.00. |
| 14) | 03-49151 | Krueger, Kathleen | Kathleen Krueger 56 Swan Lane Beecher IL 60401 | $1.11 | Check #6259875 not presented within 60 days under $25.00. |

58

EXHIBIT A: Unclaimed Creditor/Debtor Refunds on Closed Cases
Office of Glenn Stearns, Chapter 13 Standing Trustee

| Count | Case No. | Debtor | Claimant | Amount | Explanation |
|---|---|---|---|---|---|
| 15) | 03-47221 | Juarez, Manuel | Manuel & Graciela Juarez<br>505 Herkimer St<br>Joliet IL 60432 | $1.97 | Check #5268399 not presented within 60 days under $25.00. |
| 16) | 03-42037 | Inskip, Gail P | Gail P Inskip<br>2202 Aldrich Dr<br>Plainfield IL 60544 | $4.74 | Check #6259938 not presented within 60 days under $25.00. |
| 17) | 03-38979 | Reynolds, Ronald | Ronald & Donna Reynolds<br>1325 W Main St<br>Ottawa IL 61350 | $0.81 | Check #6259819 not presented within 60 days under $25.00. |
| 18) | 03-32437 | St Philips, Darwin | Darwin & Sherry St Phillips<br>82 Cambridge Ln<br>Glendale Heights IL 60139 | $454.15 | Check #6258695 & 6259842 not presented within 60 days. |
| 19) | 03-29496 | Santiago, Manuela | Manuela Santiago<br>110 Warwick St<br>Park Forest IL 60466 | $0.99 | Check #6259974 not presented within 60 days under $25.00. |
| 20) | 03-26310 | Wiggins, Maxine | Oak Pathologists<br>18141 Dixie Way #107<br>Homewood IL 60430 | $3.13 | Check #6257591 & 6259861 not presented within 60 days under $25.00. |
| 21) | 03-24602 | Meyer, John Richard | Gottlieb Memorial Hospital<br>% Feingold & Levy<br>10 S LaSalle #900<br>Chicago IL 60603 | $5.60 | Check #6259517 & 6259126 not presented within 60 days under $25.00. |
| 22) | 03-08403 | Lucena, Erasto S | Fleet Credit Card<br>PO Box 1016<br>Horsham PA 19044 | $289.21 | Check #1372163 & 1377398 returned unable to locate creditor. |
| 23) | 02-47276 | Wolff, Vincent | GE Money Bank<br>PO Box 960061<br>Orlando FL 32896-0661 | $779.71 | Check #1370572 & 1372208 creditor unable to identify account. |
| 24) | 02-42995 | Lewis, Peter S | Peter S Lewis<br>3610 Melissa Ct<br>Joliet IL 60431 | $17.56 | Check #6258453 & 6259837 not presented within 60 days under $25.00. |
| 25) | 02-38496 | Plymouth, Monique R | Monique R Plymouth<br>2515 Durango Ln #109<br>Naperville IL 60564 | $0.58 | Check #6259540 not presented within 60 days under $25.00. |
| 26) | 02-36008 | Ohrich, Joseph | Leila C Younger DDS<br>% Weisz & Michling<br>2030 N Seminary Ave Rt 47<br>Woodstock IL 60098 | $16.96 | Check #6259259 not presented within 60 days under $25.00. |
| 27) | 02-34470 | Lofton, Cathy A | Charter One Bank<br>1215 Superior Ave<br>Cleveland OH 44114 | $48.59 | Check #1311827 & 1370214 not presented within 60 days. |
| 28) | 02-33734 | Silh, Peter | Peter & Anna Silh<br>59 N Lake<br>Fox Lake IL 60020 | $3.06 | Check #6259533 not presented within 60 days under $25.00. |
| 29) | 02-31351 | Wheatley, William | Wheatley, Sonia<br>HSBC<br>1301 E Tower Rd<br>Schaumburg IL 60173 | $228.46 | Check #6261014 creditor unable to identify account |

3/16/2007

EXHIBIT A: Unclaimed Creditor/Debtor Refunds on Closed Cases
Office of Glenn Stearns, Chapter 13 Standing Trustee

| Count | Case No. | Debtor | Claimant | Amount | Explanation |
|---|---|---|---|---|---|
| 30) | 02-17328 | Whitley, Lavan B | Sir Finance<br>6140 N Lincoln Ave<br>Chicago IL 60659 | $1.37 | Check #1374973 not presented within 60 days under $25.00. |
| 31) | 02-15755 | Williamson, Lisa A | Lisa A Williamson<br>34830 Cemetery Rd<br>Gurnee IL 60031 | $0.04 | Check #6259500 not presented within 60 days under $25.00. |
| | | | | $13,919.22 | |