```
           UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 22565
   MATTHEW T WEBER
   TERRI L WEBER                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

           Debtor
   SSN XXX-XX-0312      SSN XXX-XX-1583

------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 06/07/05 and confirmed on 09/30/05.

   2.  The plan is paid in full and the debtor has been discharged.

   3.  The Debtor paid a total of $  55136.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITIBANK | CURRENT MORTG | 26484.23 | .00 | 26484.23 |
| CITIBANK | MORTGAGE ARRE | 8445.94 | .00 | 8445.94 |
| CT CORPORATION SYSTEM | SECURED | 241.00 | .00 | 241.00 |
| CT CORPORATION SYSTEM | SECURED | 156.00 | .00 | 156.00 |
| COMED | SECURED | 128.00 | .00 | 128.00 |
| CT CORPORATION SYSTEM | SECURED | 3848.00 | .00 | 3848.00 |
| LANE BRYANT | SECURED | 133.00 | .00 | 133.00 |
| THOMAS MURRAY | SECURED | 175.00 | .00 | 175.00 |
| ROCKFORD MEMORIAL HOSPIT | SECURED | 34.05 | .00 | 34.05 |
| RENDAL DAVIS | SECURED | 194.00 | .00 | 194.00 |
| CT CORPORATION SYSTEM | SECURED | 4850.00 | .00 | 4850.00 |
| ACC INTERNATIONAL | UNSECURED | NOT FILED | .00 | .00 |
| BLOCKBUSTER VIDEO | UNSECURED | NOT FILED | .00 | .00 |
| BRADLEY COUNSELING CTR | UNSECURED | NOT FILED | .00 | .00 |
| CINGULAR WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | 1909.63 | .00 | 1909.63 |
| CONSOLIDATED PATHOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| FAMILY DOCTORS OF ROUND | UNSECURED | NOT FILED | .00 | .00 |
| FIRST COLLECT | UNSECURED | NOT FILED | .00 | .00 |
| CRIFF WINTERS MD | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| GURNEE RADIOLOGY CENTER | UNSECURED | NOT FILED | .00 | .00 |
| MCI WORLDCOM RES SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SRV | UNSECURED | NOT FILED | .00 | .00 |
| NORTHERN ILLINOIS COLLEC | UNSECURED | NOT FILED | .00 | .00 |
| ROLLINS FAMILY DENTAL CT | UNSECURED | NOT FILED | .00 | .00 |
| ROUND LAKE BEACH CHIROPR | UNSECURED | NOT FILED | .00 | .00 |
| THOMAS BECKER MD | UNSECURED | NOT FILED | .00 | .00 |

```
CHECK N GO OF ILLINOIS      UNSECURED       NOT FILED              .00           .00
DARRYL M BRONSON MD         UNSECURED       NOT FILED              .00           .00
SBC AMERITECH               UNSECURED       NOT FILED              .00           .00
CERTIFIED SERVICES INC      UNSECURED          132.81              .00        132.81
     Summary of disbursements:
-------------------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED       OTHER         TOTAL
-------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  44689.22         .00      2042.44         .00      46731.66
PRINCIPAL PAID      44689.22         .00      2042.44         .00      46731.66
INTEREST PAID            .00         .00          .00         .00            .00
TOTAL PAID          44689.22         .00      2042.44         .00      46731.66
```

The Debtor's attorney, KENNETH S BORCIA & ASSOC        , was allowed $   2700.00 and was paid $   2404.00   direct and $    296.00   through the plan.

The Trustee received $    2265.12 .

Refunds to the Debtor totaled $   5843.22 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


     Dated: 04/13/07                  /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 05 B 22565 MATTHEW T WEBER & TERRI L WEBER