**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IN RE:

| | | |
|---|---|---|
| Matthew T. Weber | ) | CASE NO  05-22565 |
| | ) | |
| | ) | CHAPTER 13 |

MOTION TO WITHDRAW MONEYS
UNDER 28 U.S.C. SECTION 2042

   Discover Card (the "Claimant"), moves this Court to order the withdrawal of moneys on deposit for this estate in the name of Discover Card, creditor, and the payment of these moneys to claimant and in support of this motion states:

   1.  On 3/30/2007, the trustee of this estate deposited the sum of $3,848.00 belonging to the creditor with the Clerk of the Court.

   2.  Claimant is the creditor in whose behalf these moneys were deposited and is entitled to the moneys deposited.

         Discover Card
         (Tax ID#  36-4020792)


         By_____/s/ Amy A. Aronson___
          Amy A. Aronson
          P.O. Box 5907
          Vernon Hills, IL 60061
          Phone: 847.247.1810


         Attorney for Discover Card\Neely Goen

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

IN RE:

| | | |
|---|---|---|
| Matthew T. Weber | ) | CASE NO.: 05-22565 |
| | ) | |
| | ) | CHAPTER 13 |

NOTICE OF MOTION TO WITHDRAW MONEYS/SERVICE LIST
NOTICE OF HEARING

To:
| | |
|---|---|
| Chief, Civil Division | Mr. Kenneth S. Gardner |
| U.S. Attorney's Office | Clerk, U.S. Bankruptcy Court |
| 219 S. Dearborn Street | Attn: Fiscal Administrator |
| Chicago, IL  60604 | 219 S. Dearborn Street |
| Via Electronic Mail | Chicago, IL  60604 |
| | Via electronic mail |
| | |
| Glenn B Stearns | U.S. Trustee |
| 4343 Commerce Court, Ste 120 | 227 W. Monroe, Suite 3350 |
| Lisle, IL 60532 | Chicago, IL  60606 |
| Via Electronic Mail | Via Electronic Mail |

Please take notice that on February 23, 2010 at 10:00 AM, I shall bring the above motion on for hearing before Chief Bankruptcy Judge, Carol A. Doyle, Courtroom No. 742, 219 S. Dearborn Street, Chicago, IL  60604.

__/s/Amy A. Aronson_____

CERTIFICATION

I, Amy A. Aronson, attorney for claimant, certify that the statements in the foregoing motion are true and correct.  I further certify that the motion and notice of hearing were served on the person to whom notice is given by depositing copies in envelopes addressed to them with proper postage in the United States Mail on _February 8, 2010 or via electronic notice as indicated.

__/s/Amy A. Aronson_
Amy A. Aronson