## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Matthew T. Weber | ) | CASE NO.: 05-22565 |
| | ) | |
| | ) | CHAPTER 13 |

### ORDER DIRECTING PAYMENT
### OF FUNDS TO CREDITOR/CLAIMANT

On the application of Discover Card (the "Claimant") a claimant in the captioned case for an order directing payment of funds held in the registry of the Court, it appearing to the Court that the Claimant has noticed the United States Attorney as required by 28 U.S.C. § 2041 et. seq. and directs that all of the Claimant's funds (in the approximate amount of $3,848.00) held in the registry of the court or paid in pursuant to 11 U.S.C. § 347 be paid to Discover Card (Tax ID# 36-4020792) and mailed to Neely Goen at American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK  73013.

Dated this ___ day of _____, 201__.

_____
United States Bankruptcy Judge

CC:  Financial Administrator