**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IN RE:                                          )
                                                )
Matthew T. Weber                                )               CASE NO.: 05-22565
                                                )
                                                )               CHAPTER 13

ORDER DIRECTING PAYMENT
OF FUNDS TO CREDITOR/CLAIMANT

On the application of Discover Card (the "Claimant") a claimant in the captioned case for an order

directing payment of funds held in the registry of the Court, it appearing to the Court that the Claimant has noticed

the United States Attorney as required by 28 U.S.C. § 2041 et. seq. and directs that all of the Claimant's funds (in

the approximate amount of $3,848.00) held in the registry of the court or paid in pursuant to 11 U.S.C. § 347 be paid

to Discover Card (Tax ID# 36-4020792) and mailed to Neely Goen at American Property Locators, Inc., 3855

South Boulevard, Suite 200, Edmond, OK  73013.

Dated this 23 day of MArch , 201 0 .

_____
United States Bankruptcy Judge

CC: Financial Administrator